UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

THOMAS BENDER, *et al.*,

        Plaintiffs,                                 Case No. 2:05-cv-159

v.                                                            Hon. Richard Alan Enslen

GERALD RILEY, *et al.*,

        Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 23, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that complaint is **DISMISSED** without prejudice for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                             /s/Richard Alan Enslen
September 20, 2005                                       Richard Alan Enslen
                                                            Senior United States District Judge